# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD LOVERREN VANHORN, III,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 69435

**FILED**

FEB 1 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus. Petitioner seeks an order directing the district court to appoint counsel to assist him in the postconviction proceedings. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170. This issue may be litigated in an appeal from the denial of a postconviction petition for a writ of habeas corpus. *See* NRS 34.575(1); NRS 177.045. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:  Richard Loverren Vanhorn, III
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

16-04456